1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES S. BROWN (Bar No. 135810)
2  MARC A. KOONIN (Bar No. 166210)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  james.brown@sdma.com
   marc.koonin@sdma.com
6
   Attorneys for Defendants
7  PACIFIC COAST ELEVATOR CORPORATION,
   erroneously sued as AMTECH/SAN FRANCISCO
8  ELEVATOR CO., KONE, INC., MITSUBISHI ELECTRIC
   & ELECTRONICS USA, INC., erroneously sued as
9  MITSUBISHI ELEVATOR COMPANY,
   OTIS ELEVATOR COMPANY, and
10 SCHINDLER ELEVATOR CORPORATION

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 | JEFF BERNARDI, THOMAS BICKHAM,          | CASE NO. C08-01922 WHA
   | RANDY DAVENPORT, BRUCE
15 | DOUGLAS, MICHAEL BOUZIDIN, DAN          | **PROOF OF SERVICE OF MULTIPLE**
   | KAESLER, RICHARD KIM, DAVID             | **DOCUMENTS**
16 | NAVA, MANUEL BUSTOS, on behalf of
   | themselves and all persons similarly situated,
17 |
   |        Plaintiffs,
18 |
   |    v.
19 |
   | AMTECH/SAN FRANCISCO ELEVATOR
20 | CO.; KONE, INC.; MITSUBISHI
   | ELEVATOR COMPANY; OTIS
21 | ELEVATOR COMPANY; SCHINDLER
   | ELEVATOR CORPORATION; and DOES 1
22 | through 10 inclusive,
23 |        Defendants.

SF/1501183v1                          -1-                    CASE NO. C08-01922 WHA
                       PROOF OF SERVICE OF MULTIPLE DOCUMENTS

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On April 11, 2008, I served the within document(s):

**NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1331, 1367(a), 1441(a), AND 1441(b) WITH CIVIL COVER SHEET**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE ALSUP (INCLUDING STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA)**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION (WITH CONSENT AND DECLINATION FORMS)**

**ECF REGISTRATION INFORMATION HANDOUT**

**U.S. DISTRICT COURT, SAN FRANCISCO INFORMATION SHEETS**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Lynn Rossman Faris                     Attorneys For Plaintiffs
Jennifer Keating
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 11, 2008, at San Francisco, California.

*/s/ Mark Mitobe*
_____
Mark Mitobe

**PROOF OF SERVICE**

SF/1501189v1