```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    JAMES S. BROWN  (Bar No. 135810)
 2  MARC A. KOONIN  (Bar No. 166210)
    One Market Plaza
 3  Steuart Tower, 8th Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5  james.brown@sdma.com
    marc.koonin@sdma.com
 6

 7  Attorneys for Defendants
    PACIFIC COAST ELEVATOR CORPORATION,
 8  erroneously sued as AMTECH/SAN FRANCISCO
    ELEVATOR CO., KONE, INC., MITSUBISHI ELECTRIC
 9  & ELECTRONICS USA, INC., erroneously sued as
    MITSUBISHI ELEVATOR COMPANY,
10  OTIS ELEVATOR COMPANY, and
    SCHINDLER ELEVATOR CORPORATION
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, MANUEL BUSTOS, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMTECH/SAN FRANCISCO ELEVATOR CO.; KONE, INC.; MITSUBISHI ELEVATOR COMPANY; OTIS ELEVATOR COMPANY; SCHINDLER ELEVATOR CORPORATION; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C08-01922 WHA<br><br>**NOTICE OF NOTICE OF FILING NOTICE OF REMOVAL** |
|---|---|

PLEASE TAKE NOTICE that Defendants Pacific Coast Elevator Corporation, erroneously sued herein as Amtech/San Francisco Elevator Co., KONE, Inc., Mitsubishi Electric & Electronics USA, Inc., erroneously sued herein as Mitsubishi Elevator Company, Otis Elevator

1  Company, and Schindler Elevator Corporation ("Defendants") have, on April 11, 2008, filed in
2  the Superior Court of California, County of San Francisco, a Notice of Filing of Notice of
3  Removal in the above-entitled action, a copy of which is attached hereto (exhibits excluded).
4
5  DATED: April 11, 2008            SEDGWICK, DETERT, MORAN & ARNOLD LLP
6
7                                    By: /s/ James S. Brown
8                                        James S. Brown
                                         Marc A. Koonin
9                                        Attorneys for Defendants
                                         PACIFIC COAST ELEVATOR CORPORATION,
10                                       erroneously sued as AMTECH/SAN FRANCISCO
                                         ELEVATOR CO., KONE, INC., MITSUBISHI
                                         ELECTRIC & ELECTRONICS USA, INC.,
11                                       erroneously sued as MITSUBISHI ELEVATOR
                                         COMPANY, OTIS ELEVATOR COMPANY, and
12                                       SCHINDLER ELEVATOR CORPORATION

Case 3:08-cv-01922-WHA   Document 5   Filed 04/14/2008   Page 3 of 5

| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | JAMES S. BROWN (Bar No. 135810) |
| 2 | MARC A. KOONIN (Bar No. 166210) |
|   | One Market Plaza |
| 3 | Steuart Tower, 8th Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 781-7900 |
|   | Facsimile: (415) 781-2635 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | PACIFIC COAST ELEVATOR CORPORATION, |
|   | erroneously sued as AMTECH/SAN FRANCISCO |
| 7 | ELEVATOR CO., KONE, INC., MITSUBISHI ELECTRIC |
|   | & ELECTRONICS USA, INC., erroneously sued as |
| 8 | MITSUBISHI ELEVATOR COMPANY, |
|   | OTIS ELEVATOR COMPANY, and |
| 9 | SCHINDLER ELEVATOR CORPORATION |



(COPY; ENDORSED FILED, Superior Court of California, County of San Francisco, APR 11 2008, GORDON PARK-LI, Clerk, BY: MICHAEL RAYRAY, Deputy Clerk)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, MANUEL BUSTOS, on behalf of themselves and all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMTECH/SAN FRANCISCO ELEVATOR CO.; KONE, INC.; MITSUBISHI ELEVATOR COMPANY; OTIS ELEVATOR COMPANY; SCHINDLER ELEVATOR CORPORATION; and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO. CGC-08-473115 <br><br> **NOTICE TO STATE COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO FEDERAL COURT** |

TO PLAINTIFFS, AND TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

PLEASE TAKE NOTICE that Defendants Pacific Coast Elevator Corporation, erroneously sued herein as Amtech/San Francisco Elevator Co., KONE, Inc., Mitsubishi Electric & Electronics USA, Inc., erroneously sued herein as Mitsubishi Elevator Company, Otis Elevator

SF/1495838v1 -1-
NOTICE TO STATE COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO FEDERAL COURT

1 | Company, and Schindler Elevator Corporation ("Defendants") have filed a Notice of Removal of
2 | the above-captioned action to federal court, in the office of the Clerk of the United States District
3 | Court for the Northern District of California, on grounds of federal question jurisdiction. A true
4 | and correct copy of said Notice of Removal is attached hereto and served herewith.

PLEASE TAKE FURTHER NOTICE that all further proceedings and hearings in this matter shall take place only in the United States District Court for the Northern District of California before such judge as shall be assigned by that Court.

DATED: April 11, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Marc A. Koonin
James S. Brown
Marc A. Koonin
Attorneys for Defendants
PACIFIC COAST ELEVATOR CORPORATION, erroneously sued as AMTECH/SAN FRANCISCO ELEVATOR CO., KONE, INC., MITSUBISHI ELECTRIC & ELECTRONICS USA, INC., erroneously sued as MITSUBISHI ELEVATOR COMPANY, OTIS ELEVATOR COMPANY, and SCHINDLER ELEVATOR CORPORATION

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On April 14, 2008, I served the within document(s):

**NOTICE OF NOTICE OF FILING NOTICE OF REMOVAL**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Lynn Rossman Faris                    Attorneys For Plaintiffs
Jennifer Keating
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 14, 2008, at San Francisco, California.

_____
Mark Mitobe

SF/1501158v1