1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES S. BROWN  (Bar No. 135810)
2  MARC A. KOONIN  (Bar No. 166210)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  james.brown@sdma.com
   marc.koonin@sdma.com
6
   Attorneys for Defendants
7  PACIFIC COAST ELEVATOR CORPORATION,
   erroneously sued as AMTECH/SAN FRANCISCO
8  ELEVATOR CO., KONE, INC., MITSUBISHI ELECTRIC
   & ELECTRONICS USA, INC., erroneously sued as
9  MITSUBISHI ELEVATOR COMPANY,
   OTIS ELEVATOR COMPANY, and
10  SCHINDLER ELEVATOR CORPORATION

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13

14  JEFF BERNARDI, THOMAS BICKHAM,          CASE NO. C08-01922 WHA
    RANDY DAVENPORT, BRUCE
15  DOUGLAS, MICHAEL BOUZIDIN, DAN          **DEFENDANTS' DISCLOSURE**
    KAESLER, RICHARD KIM, DAVID            **STATEMENT [FED.R.CIV.P. 7.1]**
16  NAVA, MANUEL BUSTOS, on behalf of
    themselves and all persons similarly situated,
17
            Plaintiffs,
18
            v.
19
    AMTECH/SAN FRANCISCO ELEVATOR
20  CO.; KONE, INC.; MITSUBISHI
    ELEVATOR COMPANY; OTIS
21  ELEVATOR COMPANY; SCHINDLER
    ELEVATOR CORPORATION; and DOES 1
22  through 10 inclusive,

23          Defendants.

24

25      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this corporate disclosure

26  statement is filed on behalf of Defendants Pacific Coast Elevator Corporation, erroneously sued

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP
27  herein as Amtech/San Francisco Elevator Co. ("Pacific Coast"), KONE, Inc. ("KONE"),

28  Mitsubishi Electric & Electronics USA, Inc., erroneously sued herein as Mitsubishi Elevator

SF/1501118v1                              -1-                      CASE NO. C08-01922 WHA

1  Company ("Mitsubishi"), Otis Elevator Company ("Otis"), and Schindler Elevator Corporation

2  ("Schindler") (collectively, "Defendants")

3  **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PACIFIC COAST**

4      Defendant Pacific Coast discloses that it is a wholly-owned subsidiary of North American

5  Elevator Services, Inc., and that no publicly held corporation owns 10% or more of its stock.

6  **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT KONE**

7      Defendant KONE discloses that it is a wholly-owned subsidiary of KONE Elevator

8  Holdings, OY, and that no publicly held corporation owns 10% or more of its stock.

9  **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MITSUBISHI**

10      Defendant Mitsubishi discloses that it is a wholly-owned subsidiary of Mitsubishi

11  Electric US Holdings, Inc., and that no publicly held corporation owns 10% or more of its stock.

12  **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT OTIS**

13      Defendant Otis discloses that it is a wholly-owned subsidiary of United Technologies

14  Corporation, a publicly held corporation which owns 100% of its stock.

15  **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SCHINDLER**

16      Defendant Schindler discloses that it is a wholly owned subsidiary of Schindler

17  Enterprises, Inc., and that no publicly held corporation owns 10% or more of its stock.

18

19  DATED: April 𝓜   , 2008                SEDGWICK, DETERT, MORAN & ARNOLD LLP

20

21                                           By: _____

22                                              James S. Brown
                                                Marc A. Koonin
                                                Attorneys for Defendants
23                                              PACIFIC COAST ELEVATOR CORPORATION,
                                                erroneously sued as AMTECH/SAN FRANCISCO
24                                              ELEVATOR CO., KONE, INC., MITSUBISHI
                                                ELECTRIC & ELECTRONICS USA, INC.,
25                                              erroneously sued as MITSUBISHI ELEVATOR
                                                COMPANY, OTIS ELEVATOR COMPANY, and
26                                              SCHINDLER ELEVATOR CORPORATION

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP
27

28

DEFENDANTS' FED.R.CIV.P. 7.1 DISCLOSURE STATEMENT

1

## PROOF OF SERVICE

2       I am a resident of the State of California, over the age of eighteen years, and not a party to
the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market
3   Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On April 14, 2008, I served
the within document(s):

4

### DEFENDANTS' DISCLOSURE STATEMENT [FED.R.CIV.P. 7.1]

5

6   ☐    FACSIMILE - by transmitting via facsimile the document(s) listed above to the
fax number(s) set forth on the attached Telecommunications Cover Page(s) on this
date before 5:00 p.m.

7

8   ☒    MAIL - by placing the document(s) listed above in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Francisco, California
addressed as set forth below.

9   ☐    PERSONAL SERVICE - by personally delivering the document(s) listed above to
the person(s) at the address(es) set forth below.

10

11  ☐    OVERNIGHT COURIER - by placing the document(s) listed above in a sealed
envelope with shipping prepaid, and depositing in a collection box for next day
delivery to the person(s) at the address(es) set forth below via .

12  Lynn Rossman Faris                    Attorneys For Plaintiffs

13  Jennifer Keating
LEONARD CARDER, LLP

14  1330 Broadway, Suite 1450
Oakland, CA 94612

15  Telephone: (510) 272-0169
Facsimile: (510) 272-0174

16

17      I am readily familiar with the firm's practice of collection and processing correspondence
for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

18  day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage

19  meter date is more than one day after date of deposit for mailing in affidavit.

20      I declare under penalty of perjury under the laws of the State of California that the above
is true and correct. Executed on April 14, 2008, at San Francisco, California.

21

22  _Mark Mitobe_ _____
                      Mark Mitobe

23

24

25

26

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP
27

28

SF/1501158v1