

Type name, address, phone number of applicant here

Johan W.E. Maitland, Esq., 199 Main St., P.O. Box 190, Burlington, VT 05402
(802)863-2375

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, MANUEL BUSTOS, on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

AMTECH/SAN FRANCISCO ELEVATOR CO.; KONE, INC.; MITSUBISHI ELEVATOR CO.; OTIS ELEVATOR CO.; SCHINDLER ELEVATOR CORP.; and DOES 1 through 10 inclusive,

Defendant(s).

CASE NO. C 08-01922 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Johan W.E. Maitland, Esq., an active member in good standing of the bar of the Supreme Court of Vermont, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: James S. Brown (Bar No. 135810), Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
(415)781-7900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2008

Johan W.E. Maitland, Esq.