1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES S. BROWN (Bar No. 135810)
2  MARC A. KOONIN (Bar No. 166210)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  james.brown@sdma.com
   marc.koonin@sdma.com
6
   DOWNS RACHLIN MARTIN PLLC
7  JOHAN W. E. MAITLAND (*Pro Hac Vice* Application Pending)
   JONATHAN ROSE (*Pro Hac Vice* Application Pending)
8  199 Main Street, P.O. Box 190
   Burlington, Vermont 05402
9  Telephone: (802)863-2375
   Facsimile: (802)658-0905
10 jmaitland@drm.com
   jrose@drm.com
11
   Attorneys for Defendants
12 PACIFIC COAST ELEVATOR CORPORATION,
   erroneously sued as AMTECH/SAN FRANCISCO
13 ELEVATOR CO., KONE, INC., MITSUBISHI ELECTRIC
   & ELECTRONICS USA, INC., erroneously sued as
14 MITSUBISHI ELEVATOR COMPANY,
   OTIS ELEVATOR COMPANY, and
15 SCHINDLER ELEVATOR CORPORATION

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| 19 JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, MANUEL BUSTOS, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMTECH/SAN FRANCISCO ELEVATOR CO.; KONE, INC.; MITSUBISHI ELEVATOR COMPANY; OTIS ELEVATOR COMPANY; SCHINDLER ELEVATOR CORPORATION; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C08-01922 WHA<br><br>**DECLARATION OF E. JAMES WALKER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE OR, IN THE ALTERNATIVE, STAY THE PROCEEDINGS PENDING ARBITRATION**<br><br>JUDGE:  The Honorable William H. Alsup<br>DATE:   June 5, 2008<br>TIME:   8:00 a.m.<br>DEPT:   Courtroom 9, 19th Floor |
|---|---|

I, E. James Walker, hereby declare as follows:

1. I make the statements herein of my own personal knowledge and if called upon to testify thereto I could and would do so truthfully.

2. I am currently employed as the Executive Director of the National Elevator Bargaining Association ("NEBA"). NEBA is a multi-employer trade association incorporated under the laws of the State of Delaware with its principal place of business at 362 Cedar Lane, Teaneck, New Jersey. NEBA is the representative for collective-bargaining purposes of employer-members who are engaged in the business of constructing, modernizing, repairing and maintaining elevators, escalators, dumbwaiters, moving walkways and similar devices.

3. The Defendants in the above-captioned action, Pacific Coast Elevator Corporation, erroneously sued herein as Amtech/San Francisco Elevator Co. ("Pacific"), KONE, Inc. ("KONE"), Mitsubishi Electric & Electronics USA, Inc., erroneously sued herein as Mitsubishi Elevator Company ("Mitsubishi"), Otis Elevator Company ("Otis"), and Schindler Elevator Corporation ("Schindler") (collectively, the "Defendants") are all employer-members of NEBA.[1]

4. The Defendants are parties to a collective bargaining agreement between NEBA and the International Union of Elevator Constructors ("IUEC"), for and on behalf of its local unions, including IUEC Local 8 ("Local 8") in Northern California, known as the "NEBA Agreement." A true and accurate copy of the NEBA Agreement is attached to the Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint with Prejudice, or, in the Alternative, to Stay Proceedings Pending Arbitration (the "Request for Judicial Notice") as Exhibit A.

5. Article XV of the NEBA Agreement sets forth a comprehensive grievance and arbitration procedure through which the parties are to resolve "any difference or dispute

---

[1] Defendant Pacific is a member of NEBA and a signatory to the collective-bargaining agreement by virtue of its status as a wholly owned subsidiary of North American Elevator Services ("NAES"), whose membership in NEBA and in the collective bargaining agreement extends to its subsidiaries.

regarding the application and construction of" the NEBA Agreement. NEBA Agreement, Art. XV, par. 1.

6. In late summer 2007, pursuant to Article XV of the NEBA Agreement, Local 8 filed a series of three grievances against various of the Defendants alleging that those companies had breached the NEBA Agreement by covering employee sick leave with the Vacation Pay established under Article XII of the Agreement. On January 29, 2008 and February 1, 2008, Local 8 filed a total of five more grievances pursuant to the NEBA Agreement alleging contractual violations over the vacation pay issue. True and accurate copies of all eight of these grievances are attached to the Request for Judicial Notice as Exhibit B.

7. On March 13, 2008, I met with IUEC and Local 8 officials pursuant to Step One of the NEBA Agreement's grievance resolution procedure to discuss a possible resolution to the eight grievances. We were unable to reach a resolution during this meeting.

8. On April 8, 2008, I and other NEBA representatives again met with representatives of the IUEC and Local 8 pursuant to written Step Two of the NEBA Agreement's grievance resolution procedure to discuss a possible resolution. We were unable to come to a resolution during this meeting.

9. Pursuant to the NEBA Agreement, because the parties were not able to reach a resolution of the grievances during the Step One and Step Two meetings, the process will continue through several more steps, the final step being binding, impartial arbitration.

In accordance with 28 United States Code section 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Teaneck, New Jersey, on April 16, 2008.

*E. James Walker* (signature)

E. James Walker