1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES S. BROWN  (Bar No. 135810)
2  MARC A. KOONIN  (Bar No. 166210)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  james.brown@sdma.com
   marc.koonin@sdma.com
6
   DOWNS RACHLIN MARTIN PLLC
7  JOHAN W. E. MAITLAND (*Pro Hac Vice* Application Pending)
   JONATHAN ROSE (*Pro Hac Vice* Application Pending)
8  199 Main Street, P.O. Box 190
   Burlington, Vermont 05402
9  Telephone: (802)863-2375
   Facsimile: (802)658-0905
10 jmaitland@drm.com
   jrose@drm.com
11
   Attorneys for Defendants
12 PACIFIC COAST ELEVATOR CORPORATION,
   erroneously sued as AMTECH/SAN FRANCISCO
13 ELEVATOR CO., KONE, INC., MITSUBISHI ELECTRIC
   & ELECTRONICS USA, INC., erroneously sued as
14 MITSUBISHI ELEVATOR COMPANY,
   OTIS ELEVATOR COMPANY, and
15 SCHINDLER ELEVATOR CORPORATION

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

19 | JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, MANUEL BUSTOS, on behalf of themselves and all persons similarly situated, | CASE NO. C08-01922 WHA |
   | --- | --- |
   | Plaintiffs, | **DECLARATION OF JOHAN W. E. MAITLAND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE, OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING ARBITRATION** |
   | v. | |
   | AMTECH/SAN FRANCISCO ELEVATOR CO.; KONE, INC.; MITSUBISHI ELEVATOR COMPANY; OTIS ELEVATOR COMPANY; SCHINDLER ELEVATOR CORPORATION; and DOES 1 through 10 inclusive, | JUDGE: The Honorable William H. Alsup<br>DATE: June 5, 2008<br>TIME: 8:00 a.m.<br>DEPT: Courtroom 9, 19th Floor |
   | Defendants. | |

SF/1501653v1                                      -1-                               CASE NO. C08-01922 WHA
DECLARATION OF JOHAN W. E. MAITLAND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Johan W. E. Maitland, hereby declare as follows:

1. I make the statements herein of my own personal knowledge and if called upon to testify thereto I could and would do so truthfully.

2. I am a director in the law firm Downs Rachlin Martin PLLC ("DRM"). My business address is 199 Main Street, P.O. Box 190, Burlington, Vermont. DRM represents the National Elevator Bargaining Association ("NEBA"), a multi-employer collective bargaining association, consisting, in part, of Defendants Pacific Coast Elevator Corporation, erroneously sued herein as Amtech/San Francisco Elevator Co. ("Pacific"), KONE, Inc. ("KONE"), Mitsubishi Electric & Electronics USA, Inc., erroneously sued herein as Mitsubishi Elevator Company ("Mitsubishi"), Otis Elevator Company ("Otis"), and Schindler Elevator Corporation ("Schindler") (collectively, the "Defendants") in the above-captioned action.

3. DRM also represented Defendant Otis, through NEBA, in the defense of an Unfair Labor Practice Charge filed against the company by the International Union of Elevator Constructors, Local 8 ("Local 8") at the National Labor Relations Board (the "Board"). I am also aware that at the same time, Local 8 filed a similar Unfair Labor Practice Charge against Defendant Pacific Coast.[1] In these Charges (the "Charges") (numbered 20-CA-33552 and 20-CA-33551), Local 8 alleged that the companies made unilateral changes to the parties terms and conditions of employment by paying vacation pay before a contractually established deadline in satisfaction of a paid sick leave ordinance passed by the City of San Francisco. True and accurate copies of these Charges are attached to the Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint with Prejudice, or, in the Alternative, to Stay Proceedings Pending Arbitration (the "Request for Judicial Notice") as Exhibit C.

4. On October 29, 2007, I received a letter, dated October 24, 2007, from Joseph P. Norelli, the Regional Director for Region 20 of the Board. In this letter Regional Director Norelli informed me that the Board had decided to defer the above referenced charges to the

---

[1] One of the Charges incorrectly named as respondent North American Elevator Services ("NAES"). Pacific is a wholly owned subsidiary of NAES.

| | |
|---|---|
| 1 | parties contractually-established grievance and arbitration procedure. A true and accurate copy |
| 2 | of this letter is attached to the Request for Judicial Notice as Exhibit D. |
| 3 | |
| 4 | In accordance with 28 United States Code section 1746, I declare under penalty of perjury |
| 5 | that the foregoing is true and correct, and that this declaration was executed at Burlington, |
| 6 | Vermont, on April 17, 2008. |

*[signature]*
Johan W. E. Maitland