UNITED STATES DISTRICT COURT

Northern District of California

JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, MANUEL BUSTOS, on behalf of themselves and all others similarly situated

Plaintiff(s),

v.

AMTECH/SAN FRANCISCO ELEVATOR CO.; KONE, INC.; MITSUBISHI ELEVATOR CO.; OTIS ELEVATOR CO.; SCHINDLER ELEVATOR CORP.; and DOES 1 through 10 inclusive,

Defendant(s).

CASE NO.   C 08-01922 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Johan W.E. Maitland, Esq. , an active member in good standing of the bar of the Supreme Court of Vermont whose business address and telephone number (particular court to which applicant is admitted)

is   199 Main Street
P.O. Box 190
Burlington, Vermont 05402
(802)863-2375

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff the named Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 21, 2008.

IT IS SO ORDERED
Judge William Alsup

United States District Judge
William H. Alsup