UNITED STATES DISTRICT COURT
For the Northern District of California

1

2  UNITED STATES DISTRICT COURT

3  Northern District of California

4  JEFF BERNARDI, THOMAS BICKHAM,
   RANDY DAVENPORT, BRUCE DOUGLAS,
5  MICHAEL BOUZIDIN, DAN KAESLER, RICHARD
   KIM, DAVID NAVA, MANUEL BUSTOS, on          CASE NO.   C 08-01922 WHA
6  behalf of themselves and all others similarly situated
7                                               (Proposed)
                   Plaintiff(s),               ORDER GRANTING APPLICATION
8      v.                                      FOR ADMISSION OF ATTORNEY
                                               *PRO HAC VICE*
9  AMTECH/SAN FRANCISCO ELEVATOR CO.;
   KONE, INC.; MITSUBISHI ELEVATOR CO.; OTIS
10 ELEVATOR CO.; SCHINDLER ELEVATOR CORP.;
   and DOES 1 through 10 inclusive,
11
                   Defendant(s).
12  _____/

13      Patricia M Sabalis, Esq            , an active member in good standing of the bar of

14      The Supreme Court of Vermont          whose business address and telephone number

15  (particular court to which applicant is admitted)

16  is    199 Main Street
         P.O. Box 190
17       Burlington, Vermont 05402
         (802)863-2375
18

19  having applied in the above-entitled action for admission to practice in the Northern District of

20  California on a *pro hac vice* basis, representing fff  the named Defendants.

21      IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23  *vice*. Service of papers upon and communication with co-counsel designed in the application will

24  constitute notice to the party. All future filings in this action are subject to the requirements

25  contained in General Order No. 45, *Electronic Case Filing*.

26

27  Dated:   May 22, 2008

28  
                                               _____
                                               United States District Judge
                                               William Alsup