IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, and MANUEL BUSTOS, on behalf of themselves and all persons similarly situated,

    Plaintiffs,

  v.

AMTECH/SAN FRANCISCO ELEVATOR CO., KONE, INC., MITSUBISHI ELEVATOR COMPANY, OTIS ELEVATOR COMPANY, SCHINDLER ELEVATOR CORPORATION, and DOES 1–10, inclusive,

    Defendants.
                                     /

No. C 08-01922 WHA

**CANCELLATION OF ORAL ARGUMENT ON JUNE 5, 2008**

Due to the large press of other business, including back-to-back trials, the motions set for June 5, 2008, will be decided on the papers without oral argument. If, however, any counsel sends a letter by **THURSDAY, JUNE 5, 2008, AT NOON**, saying that a young attorney (who has been four years or fewer out of law school) will argue the motion, the Court will find a different time to allow for oral argument and postpone ruling. Please do not ask for oral argument for associates with more experience than four years.

    **IT IS SO ORDERED.**

Dated:  June 3, 2008.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE