IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, and MANUEL BUSTOS, on behalf of themselves and all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMTECH/SAN FRANCISCO ELEVATOR CO., KONE, INC., MITSUBISHI ELEVATOR COMPANY, OTIS ELEVATOR COMPANY, SCHINDLER ELEVATOR CORPORATION, and DOES 1–10, inclusive, <br><br> Defendants. | No. C 08-01922 WHA <br><br> **ORDER REQUESTING STATUS REPORTS** |

Because the matter has been deferred to arbitration, the parties should file a status report every 90 days to apprise the Court of arbitration proceedings.

**IT IS SO ORDERED.**

Dated: June 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE