

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Tel: 415.781.7900 Fax: 415.781.2635

www.sdma.com

June 12, 2008

**VIA ELECTRONIC FILING**
The Honorable William H. Alsup
United States District Court - Northern District of California
U.S. Courthouse
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **REQUEST FOR DISCOVERY GUIDANCE**
      *Jeff Bernardi, et al., v. Amtech/San Francisco Elevator Co. et al.,*
      U.S.D.C., Northern District of California Case No. C08-01922 WHA

Dear Judge Alsup:

We represent Defendants Pacific Coast Elevator Corporation, erroneously sued as Amtech/San Francisco Elevator Co., KONE, Inc., Mitsubishi Electric & Electronics USA, Inc., erroneously sued as Mitsubishi Elevator Company, Otis Elevator Company, and Schindler Elevator Corporation ("Defendants"). Defendants request discovery relief pursuant to the Supplemental Order To Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup ("Supplemental Order"), para. 25, which requires that "all other requests for discovery relief must first be summarized in a letter" to the Court and "electronically-filed in the official file" for the Court to "advise the parties whether a response, written motion or a telephone conference or court hearing will be required."

Defendants hereby seek guidance regarding:

(1)   The impact of the Court's June 5, 2008, Order Granting Defendants' Motion to Stay Proceedings Pending Arbitration and Dismissing Second Claim ("Stay Order") on the parties' obligations relating to Initial Disclosures and discovery;

(2)   The deadline for filing an answer, pleading, or motion after the parties notify the Court that arbitration has been completed; and

(3)   Confirmation that the Court will set a new schedule relating to these issues as well as for a new Case Management Conference and Initial Disclosures, if warranted, at that time.

Defendants removed this matter, a putative class action employment lawsuit, to the U.S. District Court on April 11, 2008. The Court issued an Order Setting Initial Case Management Conference and ADR Deadlines ("Case Management Order"), which set July 3, 2008, as the last date for the parties to meet and confer regarding Initial Disclosures; July 17,

Austin ■ Bermuda* ■ Chicago ■ Dallas ■ Houston ■ London ■ Los Angeles ■ New York ■ Newark ■ Orange County ■ Paris ■ San Francisco ■ Zurich

SF/1516595v1
*Affiliated office

The Honorable William H. Alsup
*Jeff Bernardi, et al., v. Amtech/San Francisco Elevator Co. et al.,*
U.S.D.C., Northern District of California Case No. C08-01922 WHA
June 12, 2008
Page 2

2008, as the last date to produce and serve Initial Disclosures, a Joint Discovery Plan, and a Joint Case Management Statement; and July 24, 2008, as the date for the Initial Case Management Conference. On April 18, 2008, Defendants filed a Notice of Motion and Motion to Dismiss Plaintiffs' Complaint With Prejudice, or, in the Alternative, to Stay Proceedings Pending Arbitration. On June 5, 2008, this Court issued the Stay Order, as well as an Order Requesting Status Reports every 90 days.

The Stay Order deferred a ruling on plaintiffs' first and third claims pending arbitration (Stay Order at 9:20-21), but the Stay Order is silent regarding Initial Disclosures, ongoing discovery obligations, and, as no answer has been filed, the timing for any future answer, pleading, or motion following the completion of arbitration. Defendants believe that the Court intends the Stay Order to extend to Initial Disclosure obligations and discovery, and also intends — upon notification that arbitration is completed — to issue a future scheduling order addressing case management, Initial Disclosures, and the time to file any answer, pleading, or motion. Nevertheless, given the broad obligations relating to Initial Disclosures and discovery set forth in the Supplemental Order, and out of an abundance of caution, Defendants seek the Court's guidance on these matters to avoid the risk of inadvertently missing deadlines and violating orders. Defendants therefore request this Court to issue an Order: (1) clarifying that the Case Management Order is vacated and that Initial Disclosures and discovery are stayed pending further notice; and (2) either setting dates to answer or otherwise file a pleading or motion following notification to the Court that arbitration is completed (e.g., "Defendants shall have 30 days following notification by the parties to the Court of completion of arbitration to file an answer, motion, or pleading") or stating that such dates will be set in a future case management order following notification to the Court that the arbitration is complete.

Respectfully submitted,

*/s/ James A. Koonin/*

James S. Brown                              Patricia M. Sabalis (Pro Hac Vice)
Marc A. Koonin                              Jonathan T. Rose (Pro Hac Vice)
Sedgwick, Detert, Moran & Arnold LLP        Downs Rachlin Martin PLLC

Counsel for Defendants Pacific Coast Elevator Corporation, erroneously sued as Amtech/San Francisco Elevator Co., KONE, Inc., Mitsubishi Electric & Electronics USA, Inc., erroneously sued as Mitsubishi Elevator Company, Otis Elevator Company, and Schindler Elevator Corporation

cc: Jennifer Grace Keating, Esq. (Counsel for Plaintiffs) (by electronic mail)
    Lynn Rossman Faris, Esq. (Counsel for Plaintiffs) (by electronic mail)