**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, and MANUEL BUSTOS, on behalf of themselves and all persons similarly situated, | No. C 08-01922 WHA<br><br>**ORDER RE REQUEST FOR DISCOVERY GUIDANCE** |
| Plaintiffs, | |
| v. | |
| AMTECH/SAN FRANCISCO ELEVATOR CO., KONE, INC., MITSUBISHI ELEVATOR COMPANY, OTIS ELEVATOR COMPANY, SCHINDLER ELEVATOR CORPORATION, and DOES 1–10, inclusive, | |
| Defendants. | |

In response to defendants' request for discovery guidance, this order clarifies the June 2008 order as follows. Everything is **STAYED**, including initial disclosures and discovery. No further pleadings or motions need be filed. The Court contemplates that the arbitration will completely dispose of this case. If arbitration has not been completed by **DECEMBER 15, 2008**, either side can request a lifting of the stay on account of delay. A case management conference is set for **JANUARY 8, 2009, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE