1  LYNN ROSSMAN FARIS (Bar No. 096029)
   JENNIFER KEATING (Bar No. 250857)
2  LEONARD CARDER, LLP
   1330 Broadway, Suite 1450
3  Oakland, CA 94612
   Telephone: (510) 272-0169
4  Facsimile: (510) 272-0174
   lfaris@leonardcarder.com
5  jkeating@leonardcarder.com

6  Attorneys for Plaintiffs

7  JAMES S. BROWN (Bar No. 135810)
   MARC A. KOONIN (Bar No. 166210)
8  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   One Market Plaza, Steuart Tower, 8th Floor
9  San Francisco, California 94105
   Telephone: (415)781-7900
10 Facsimile: (415) 781-2635
   james.brown@sdma.com
11 marc.koonin@sdma.com

12 Attorneys for Defendants

13 Additional Counsel Listed on Next Page

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, MANUEL BUSTOS, on behalf of themselves and all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMTECH/SAN FRANCISCO ELEVATOR CO.; KONE, INC.; MITSUBISHI ELEVATOR COMPANY; OTIS ELEVATOR COMPANY; SCHINDLER ELEVATOR CORPORATION; and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO.  C08-01922 WHA <br><br> **JOINT STATUS REPORT AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** <br><br> JUDGE: The Honorable William H. Alsup <br> DATE: N/A <br> TIME: N/A <br> DEPT: N/A |

JOINT STATUS REPORT                                Case No. C08-01922 WHA

1  PATRICIA M. SABALIS (p*ro hac vice*)
   JOHAN W. E. MAITLAND (*pro hac vice*)
2  JONATHAN ROSE (*pro hac vice*)
   DOWNS RACHLIN MARTIN PLLC
3  199 Main Street, P.O. Box 190
   Burlington, Vermont 05402
4  Telephone: (802) 863-2375
   Facsimile: (802) 658-0905
5  psabalis@drm.com
   jmaitland@drm.com
6  jrose@drm.com

7  Attorneys for Defendants

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174

JOINT STATUS REPORT                                         Case No. C08-01922 WHA

Per the Order of this Court, dated June 5, 2008, requesting that the parties provide periodic status reports to apprise the Court of arbitration proceedings, the parties hereby provide the following status report.

Defendants and the Union that represents Plaintiffs have initiated arbitration proceedings through the American Arbitration Association (Case No. 743000063708), selected an arbitrator, Charles Askins, and scheduled an arbitration hearing for March 23 and 24, 2009.

In light of the foregoing, the parties respectfully request that the Court reschedule the Case Management Conference currently scheduled for January 8, 2009, at 11:00 a.m., to a date after March 24, 2009.

Dated: September 3, 2008                LEONARD CARDER, LLP

                                        By:   /s/ Jennifer Keating*
                                              LYNN ROSSMAN FARIS
                                              JENNIFER KEATING
                                              Attorneys for PLAINTIFFS

Dated: September 3, 2008                SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                        By:   /s/ Marc A. Koonin
                                              JAMES S. BROWN
                                              MARC A. KOONIN

                                        DOWNS RACHLIN MARTIN PLLC
                                            PATRICIA M. SABALIS (*Pro Hac Vice*)
                                            JOHAN W. E. MAITLAND (*Pro Hac Vice*)
                                            JONATHAN ROSE (*Pro Hac Vice*)

                                        Attorneys for DEFENDANTS

* I hereby attest that I obtained concurrence in the filing of this document from Marc A. Koonin on behalf of Defendants on September 3, 2008.

- 1 -
JOINT STATUS REPORT                                                     Case No. C08-01922 WHA

**PROOF OF SERVICE**

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On September 3, 2008, I served the following document:

**JOINT STATUS REPORT AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

| | |
|---|---|
| James S. Brown | james.brown@sdma.com |
| Marc A. Koonin | marc.koonin@sdma.com |
| Johan W.E. Maitland | jmaitland@drm.com |
| Jonathan T. Rose | jrose@drm.com |
| Patricia M. Sabalis | psabalis@drm.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 3, 2008.

/s/ Khae Saechao
Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174

PROOF OF SERVICE                                                                 Case No. C08-01922 WHA