IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, and MANUEL BUSTOS, on behalf of themselves and all persons similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMTECH/SAN FRANCISCO ELEVATOR CO., KONE, INC., MITSUBISHI ELEVATOR COMPANY, OTIS ELEVATOR COMPANY, SCHINDLER ELEVATOR CORPORATION, and DOES 1 through 10, inclusive,<br><br>  Defendants. | No. C 08-01922 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case was removed to this Court on April 14, 2008, and was granted a stay on June 5, 2008, so that the parties may arbitrate this matter. Arbitration is expected to go forward for two days on March 23 and 24, 2008. Even though the Court has stated that this case could potentially be disposed through arbitration, the time for such arbitration is not indefinite. So, the Court will grant the additional time requested with the proviso that the parties must complete arbitration by **JUNE 30, 2009**. The case management conference is

1  **CONTINUED** to **JULY 9, 2009, AT 11:00 A.M.**  Please file a joint case management statement no later than seven days prior.

**PLEASE DO NOT ASK FOR ANY FURTHER EXTENSIONS.**

**IT IS SO ORDERED.**

Dated: March 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2