IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, MANUEL BUSTOS, on behalf of themselves and all persons similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMTECH/SAN FRANCISCO ELEVATOR CO., KONE, INC., MITSUBISHI ELEVATOR COMPANY, OTIS ELEVATOR COMPANY, SCHINDLER ELEVATOR CORPORATION, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 08-01922 WHA<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The parties are requested to return for a further case management conference on **AUGUST 6, 2009, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 9, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE