IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BERNARDI, THOMAS BICKHAM, RANDY DAVENPORT, BRUCE DOUGLAS, MICHAEL BOUZIDIN, DAN KAESLER, RICHARD KIM, DAVID NAVA, MANUEL BUSTOS, on behalf of themselves and all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMTECH/SAN FRANCISCO ELEVATOR CO., KONE, INC., MITSUBISHI ELEVATOR COMPANY, OTIS ELEVATOR COMPANY, SCHINDLER ELEVATOR CORPORATION, and DOES 1 through 10, inclusive, <br><br> Defendants. | No. C 08-01922 WHA <br><br> **ORDER DENYING LETTER REQUESTING CONTINUANCE** |

Good cause not shown, the Court **DENIES** the parties' request to continue the case management conference yet another time. Counsel shall please personally attend the conference set for August 6, 2009.

**IT IS SO ORDERED.**

Dated: August 5, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE