**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF BERNARDI, THOMAS BICKHAM,
RANDY DAVENPORT, BRUCE DOUGLAS,
MICHAEL BOUZIDIN, DAN KAESLER,
RICHARD KIM, DAVID NAVA, MANUEL
BUSTOS, on behalf of themselves and all persons
similarly situated,

    Plaintiffs,

  v.

AMTECH/SAN FRANCISCO ELEVATOR CO.,
KONE, INC., MITSUBISHI ELEVATOR
COMPANY, OTIS ELEVATOR COMPANY,
SCHINDLER ELEVATOR CORPORATION,
and DOES 1 through 10, inclusive,

    Defendants.
                                   /

No. C 08-01922 WHA

**CASE MANAGEMENT ORDER AND ORDER LIFTING STAY**

After a case management conference, the Court **SETS** the following schedule:

1. The stay is **LIFTED**.

2. Defendants may have until **SEPTEMBER 10, 2009**, in which to file their motion for summary judgment on a 35-day track for hearing on October 15, 2009, at 8:00 a.m.

3. In opposition to said motion, plaintiffs may also request discovery and supply a Rule 56(f) affidavit.

**IT IS SO ORDERED.**

Dated: August 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE